UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERFAN YOUSUFI,

                Plaintiff,

                              ORDER
          -against-                           16-CV-6559(DLI)

DEWAN MOTORS LLC and SHEHAN
RAHMAN,

                Defendants.
-------------------------------------------------------------X
Gold, S., Magistrate Judge:

      Plaintiff filed this action on November 27, 2016, 2016. Plaintiff's complaint alleges violations of the Fair Labor Standards Act and New York Labor Law.

      By Order dated December 29, 2016, I scheduled an initial conference for 10:00 a.m. on March 9, 2017. My Order directed counsel for plaintiff to advise the Court at least two days before the scheduled conference if defendants had not answered by that date. Docket Entry 6.

      Plaintiff's counsel failed to appear for the scheduled conference. In addition, although the Court's docket indicates no answer has been filed, plaintiff's counsel failed to comply with my Order directing that he so advise the Court.

      By March 17, 2017, plaintiff shall either move for entry of default or submit a written status report indicating how he intends to proceed with this action. Failure to comply will result in a recommendation that this action be dismissed for failure to prosecute. Plaintiff's counsel is alerted that future failures to abide by the Court's orders will result in additional sanctions.

                                          SO ORDERED.

                                            /s/
                                        STEVEN M. GOLD
                                        UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
March 9, 2017

U:\failtopro - 16cv6559 .docx